# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIE J. SMITH, JR.

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:14-cv-00739-JAD-PAL

**ORDER**

    Petitioner having filed a motion for enlargement of time (Doc. 3), and good cause appearing;

    **IT IS THEREFORE ORDERED** that petitioner's motion for enlargement of time (Doc. 3) is **GRANTED**.  Petitioner shall have through July 1, 2014, to comply with the court's previous order (Doc. 2).

    Dated: June 18, 2014.

                                                                                         JENNIFER A. DORSEY
                                                                                       United States District Judge