# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIE J. SMITH, JR.

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:14-cv-00739-JAD-PAL

**ORDER**

    Petitioner has submitted an application to proceed *in forma pauperis* (Doc. 5). The court finds that petitioner is unable to pay the filing fee.

    Petitioner challenges the validity of his judgment of conviction in *State v. Smith*, Case No. 02C182520, in the Eighth Judicial District Court of the State of Nevada. Petitioner was convicted of possession of stolen property and adjudicated as a habitual criminal. Petitioner challenged the same judgment of conviction in *Smith v. Neven*, Case No. 2:07-cv-00161-JCM-GWF. In that action, this court denied the habeas corpus petition on the merits and denied a certificate of appealability. Petitioner appealed the denial. The Court of Appeals for the Ninth Circuit denied a certificate of appealability. The Supreme Court of the United Stated denied a petition for a writ certiorari.

    The petition in this action is a second or successive petition as defined in 28 U.S.C. § 2244(b). Petitioner must first obtain authorization from the court of appeals before this court can consider his petition. 28 U.S.C. § 2244(b)(3).

1    **IT IS THEREFORE ORDERED** that the application to proceed *in forma pauperis* (Doc.
2  5) is **GRANTED**.  Petitioner need not pay the filing fee of five dollars ($5.00).
3    **IT IS FURTHER ORDERED** that the clerk shall add Catherine Cortez Masto, Attorney
4  General for the State of Nevada, as counsel for respondents.
5    **IT IS FURTHER ORDERED** that the clerk shall electronically serve respondents  with a
6  copy of the petition (#1) and a copy of this order.  No response by respondents is necessary.
7    **IT IS FURTHER ORDERED** that, pursuant to Circuit Rule 22-3(a), the clerk of the court
8  shall refer this action to the United States Court of Appeals for the Ninth Circuit.
9    **IT IS FURTHER ORDERED** that the clerk of the court shall administratively close this
10 action.

    Dated:  September 17, 2014.

    _____
    JENNIFER A. DORSEY
    United States District Judge